RECEIVED IN
COURT OF CRIMINAL APPEALS

JANUARY 20, 2015

ABEL ACOSTA, CLERK

# PD-0032-15

## CASE NO. 14-13-01043-CR

| STATE OF TEXAS | § | IN THE FOURTEENTH |
|---|---|---|
| | | |
| VS. | § | COURT OF APPEALS |
| | | |
| TONY MERLOS | § | SITTING IN HOUSTON, |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes TONY MERLOS, appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

I.

This case is on appeal from the 155th Judicial District Court of Austin County, Texas.

II.

The case below was styled the STATE OF TEXAS V. TONY MERLOS and numbered 2011R-0105.

III.

Appellant was convicted by a jury of the offense of Indecency with a Child-Contact. Sentence was imposed at Life with Possibility of Parole, in the Institutional Division of the Texas Department of Criminal Justice on

October 8, 2013 by the Honorable Jeff Steinhauser, Judge in the 155th District Court of Austin County.

## IV.

Appeal was had to the Fourteenth Court of Appeals. On November 25, 2014, the Fourteenth Court of Appeals affirmed appellant's conviction in STATE OF TEXAS V. TONY MERLOS and numbered 2011R-0105. The Petition for Discretionary Review was therefore due on December 29, 2014. This is appellant's first request to extend the time of filing of his Petition for Discretionary Review.

## II.

Counsel has been unable to complete and file Appellant's Petition for Discretionary Review within the required time period. Appellant relies on the following facts as good cause for his requested extension of the time for filing:

During the pendency of this appeal Counsel was a solo practitioner in Austin County. In additional to his other legal responsibilities, counsel is under contract along with two other counsel for all indigent defense services in Austin County, except for appeals and Capital Murder cases. Additionally counsel is one of six

attorneys under contract for felony indigent defense services in Waller County. Further, counsel has been involved in the following matters since the time of the decision of the Court of Appeals to today's date:

11-25-14-ACD-BURGER,TAYLOR

12-1-14-12-4-14-281st DCHC-PREYEAR V. KANDASAMY-JURY-TR

12-9-14-ACD-VARGAS,MARTIN,JACKSON,BURGER,HERNANDEZ,BYRD

12-16-14-WCD-HERRON,GARDNER,ALEXANDER

12-18-14-COLCODC-BENCH TRIAL-WILLIAMS V. POLASEK

     ACD-BURGER

     WCD-STYERS

1-6-15-ACD-PICKRON-MURDER CASE-FINAL PT

     BURGER,PHILLIPS

1-8-15 – ACCL-RHINEHART,HOOD

Further, counsel is set in the following proceeding from today's date to the requested extension date.

1-12-15-ACD PICKRON-MURDER TRIAL

1-13-15-WCD506-

1-15-15-WCD506-

1-20-15-ACD-VARGAS,SWINDLE,HORDGE

1-29-15-ACCL-MOORE

WCD506     - WALLER COUNTY 506TH   DISTRICT COURT

ACD        - AUSTIN COUNTY 155TH DISTRICT COURT

COLCODC    - COLORADO COUNTY 25TH DISTRICT COURT

281ST DCHC - 281ST DISTRICT COURT HARRIS COUNTY

ACCL       - AUSTIN COUNTY COURT AT LAW

WHEREFORE, PREMISES CONSIDERED, appellant respectfully requests an extension of 30 days from the due date to file his petition for discretionary review.

Respectfully submitted,

CALVIN GARVIE
POST OFFICE BOX 416
BELLVILLE, TEXAS 77418
  (979) 865 - 5456

BY: _____
CALVIN GARVIE
STATE BAR NO.:07714300
TEXATTYCG@AOL.COM
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this extension request was delivered or sent to the offices of the Austin County District Attorney, One East Main, Bellville, Texas 77418 and the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on January 12, 2015 by e-mail or fax.

_____
CALVIN GARVIE

STATE OF TEXAS          §
                                  §

COUNTY OF AUSTIN       §

<u>AFFIDAVIT</u>

BEFORE ME, the undersigned authority, on this day personally appeared CALVIN GARVIE, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

CALVIN GARVIE

Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on January 11, 2015, to certify which witness my hand and seal of office.



Notary Public, State of Texas

LINMARIE GARSEE
Notary Public, State of Texas
My Commission Expires
February 18, 2018